Bankruptcy No. 19-17117amc    Adversary No. 21-109amc

## CERTIFICATE OF SERVICE

I, _Evan T. Miller_ certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _December 6, 2021_ (date) by:

( x ) Mail service: Regular, first class United States mail, postage pre-paid, and certified mail addressed to:

    See attached service list.

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

( ) State Law:  The Defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

| | |
|---|---|
| 12/6/2021 | /s/ Evan T. Miller |
| Date | Signature |

| | |
|---|---|
| Print Name | Evan T. Miller, Bayard, P.A. |
| Business Address | 600 N. King St., Ste. 400, P.O. Box 25130 |
| City, State, Zip | Wilmington, DE 19899 |

## Service List

QCC Insurance Company d/b/a Independence Administrators
PO Box 826989
Philadelphia, PA 19182-6989


QCC Insurance Company d/b/a Independence Administrators
1901 Market Street
Philadelphia, PA  19103