**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>VASCULAR ACCESS CENTERS, L.P.,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-17117 (AMC) |
| STEPHEN V. FALANGA, AS CHAPTER 11 TRUSTEE FOR THE DEBTOR'S ESTATE,<br><br>Plaintiff,<br><br>v.<br><br>QCC INSURANCE COMPANY D/B/A INDEPENDENCE ADMINISTRATORS,<br><br>Defendant. | Adv. Proc. No. 21-00109 (AMC) |

**STIPULATION EXTENDING TIME TO ANSWER ADVERSARY COMPLAINT**

The parties hereto, by and through their undersigned counsel, agree, stipulate, and consent to extend the deadline for Defendant QCC Insurance Company d/b/a Independence Administrators to answer or otherwise respond to Plaintiff Stephen V. Falanga's adversary complaint in the above-captioned adversary proceeding to February 7, 2022.

Dated: December 21, 2021

BAYARD, P.A.

*/s/ Evan T. Miller*
Evan T. Miller, Esq.
Daniel N. Brogan, Esq.
Steven D. Adler, Esq.
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email:  emiller@bayardlaw.com
         dbrogan@bayardlaw.com
         sadler@bayardlaw.com

*Counsel to Stephen V. Falanga in his*
*Capacity as Chapter 11 Trustee*

OBERMAYER REBMANN MAXWELL & HIPPEL LLP

*/s/ Turner N. Falk*
Turner N. Falk, Esq.
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102-2101
Telephone:  (215) 665-3012
Email:      turner.falk@obermayer.com

*Counsel to QCC Insurance Company d/b/a Independence Administrators*

**It is so Ordered:**

**Date: December 22, 2021**

_____
The Honorable Ashely M. Chan
United States Bankruptcy Judge

2