UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>VASCULAR ACCESS CENTERS, L.P.,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-17117 (AMC) |
| STEPHEN V. FALANGA, AS CHAPTER 11 TRUSTEE FOR THE DEBTOR'S ESTATE,<br><br>Plaintiff,<br><br>v.<br><br>QCC INSURANCE COMPANY D/B/A INDEPENDENCE ADMINISTRATORS,<br><br>Defendant. | Adv. Proc. No. 21-00109 (AMC) |

**CERTIFICATE OF NO OBJECTION REGARDING TRUSTEE'S MOTION FOR AN ORDER APPROVING SETTLEMENT OF AVOIDANCE CLAIMS AGAINST QCC INSURANCE COMPANY D/B/A INDEPENDENCE ADMINISTRATORS PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Stephen V. Falanga, in his capacity as Chapter 7 Trustee for the bankruptcy estate of Vascular Access Centers, L.P. (the "**Trustee**"), by and through the undersigned counsel, hereby certifies as follows:

1. On March 7, 2023, the Trustee filed the *Trustee's Motion For An Order Approving Settlement of Avoidance Claims Against QCC Insurance Company d/b/a Independence Administrators Pursuant To Rule 9019 Of The Federal Rules Of Bankruptcy Procedure* [D.I. 1255] (the "**Motion**") with the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "**Court**").

2. Objections to the Motion were due by March 21, 2023.

3. The time for responses has now expired and no objection or other response was filed.

4. Notice of the Motion was served on all required parties as appears from the Certificate of Service [D.I. 1260].

WHEREFORE, it is respectfully requested that the Court enter the Order approving the Motion.

Dated: March 22, 2023                                  BAYARD, P.A.

*/s/ Evan T. Miller*
Evan T. Miller, Esq.
Steven D. Adler, Esq.
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone:    (302) 655-5000
Facsimile:    (302) 658-6395
Email:    emiller@bayardlaw.com
         sadler@bayardlaw.com

*Proposed Counsel to Stephen V. Falanga in his Capacity as Chapter 7 Trustee*